**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6521**
_____

NAPOLEON J. RANKIN BEY,

              Plaintiff - Appellant,

     and

ANTHONY LEON HOOVER, a/k/a Anthony Leon Hoover El; TERRENCE
LEROY WRIGHT, EL; MAURICE HARTGROVE, as Moorish American
Nationals; JAMES K. HOYLE BEY; SAMUEL JUNIOR JACKSON; JAMES
LEE TROXLER, EL; ERRICK L. BOWE; WEBSTER WALLER, a/k/a Webster
Waller Bey; MICHAEL HOLLIDAY,

              Plaintiffs,

     v.

STATE OF NORTH CAROLINA, Sub Jurisdiction Counties; NORTH
CAROLINA DEPARTMENT OF PUBLIC SAFETY,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:14-ct-03220-F)

_____

Submitted:  June 25, 2015         Decided:  June 30, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Napoleon J. Rankin Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napoleon J. Rankin Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Jackson v. North Carolina, No. 5:14-ct-03220-F (E.D.N.C. Mar. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED